JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN MORTGAGE NETWORK, INC., a Delaware Corporation, | ) ) ) ) | ED CV 08-00947 LLP (FMOx) |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) ) | |
| RICHARD J. MORALES, an individual; LINDA MORALES, an individual; and DOES 1 through 190, inclusive, | ) ) ) ) | |
| Defendants. | | |

In accordance with the Memorandum Opinion and Order entered this date, it is hereby ORDERED, ADJUDGED and DECREED:

(1) That Plaintiff American Mortgage Network is entitled to declaratory relief against Defendants Richard and Linda Morales as requested in its Complaint for Declaratory Relief;

(2) That Richard and Linda Morales have exercised their right to rescind the loan they secured from American Mortgage Network, but have not refunded the amount due to American Mortgage Network;

(3) That if Richard and Linda Morales are entitled to rescind their loan, they must simultaneously refund to American Mortgage Network the amount due to American Mortgage Network and if such refund is not made, American Mortgage Network is entitled to exercise all of its rights under the Deed of Trust, including foreclosure;

(4) That if Richard and Linda Morales are entitled to rescind their loan, American Mortgage Network's Deed of Trust on the property shall not automatically terminate, but will continue in full force and effect, and American Mortgage Network shall have no obligation to refund to Richard and Linda Morales any money unless and until Richard and Linda Morales have repaid the principal amount

of $423,269.09 due to American Mortgage Network, all pursuant to 15 U.S.C. § 1635(b) and 12 C.F.R. §226.23(d)(4).


Dated this 26th day of March, 2012.

        BY THE COURT:

        */s/ Lawrence L. Piersol*
        Lawrence L. Piersol
        United States District Court